Matter of Rakhmatova (2026 NY Slip Op 00183)

Matter of Rakhmatova

2026 NY Slip Op 00183

Decided on January 15, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:January 15, 2026

PM-08-26
[*1]In the Matter of Takhmina Rakhmatova, an Attorney. (Attorney Registration No. 5685409.)

Calendar Date:January 5, 2026

Before:Garry, P.J., Aarons, Pritzker, Fisher and Corcoran, JJ.

Takhmina Rakhmatova, Auburn, New Hampshire, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Takhmina Rakhmatova was admitted to practice by this Court in 2019 and lists a business address in Auburn, New Hampshire with the Office of Court Administration. Rakhmatova now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Rakhmatova's application.
Upon reading Rakhmatova's affidavit sworn to August 29, 2025 and filed November 26, 2025, and upon reading the January 2, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Rakhmatova is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Aarons, Pritzker, Fisher and Corcoran, JJ., concur.
ORDERED that Takhmina Rakhmatova's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Takhmina Rakhmatova's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Takhmina Rakhmatova is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Rakhmatova is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Takhmina Rakhmatova shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.